# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

152841

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEON JEFFERSON JOHNSON,
      Defendant-Appellant.

_____/

SC: 152841
COA: 322179
Genesee CC: 13-033536-FC

By order of October 5, 2016, the application for leave to appeal the October 22, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713). On order of the Court, the case having been decided on June 23, 2017, 500 Mich 278 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



Clerk

a0328